**Eleanore Klekovich, Plaintiff-Appellant, v. Stephan J. Gorecki, Defendant-Appellee.**

Gen. No. 49,515.

First District, Second Division.

May 11, 1965.

Rehearing denied June 9, 1965.

Ber-chem, Schwantes & Thuma, of Chicago (Michael J. Thuma and Richard Owen Young, of counsel), for appellant; Menk & Johnson, of Chicago (John Cadwalader Menk and Richard T. Ryan, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.